UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

FRED ALSTON, AS TRUSTEE OF
LOCAL 272 LABOR MGMT. PENSION
FUND,

V.

FLASH MANAGEMENT, LLC

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 3503 (LAP)(MHD)

        The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

___ General Pretrial (includes scheduling,
discovery, non-dispositive pretrial motions,
and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

        If referral is for discovery disputes when
the District Judge is unavailable, the time
period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all
purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for
limited purpose (e.g., dispositive motion,
preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring
a Report and Recommendation)

ParticularMotion:_____

_____

All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
          APRIL 18, 2008

_____
United States District Judge