U.S. DISTRICT COURT  
SOUTHERN, DISTRICT OF NEW YORK

Index # 08 CV 3503  
Date Index # Filed 04/10/08

Plaintiff(s)  
FRED ALSTON, AS TRUSTEE OF THE LOCAL 272 LABOR-MANAGEMENT PENSION FUND; ET AL

- against -    AFFIDAVIT

Defendant(s)  
FLASH MANAGEMENT, LLC

Jeffrey S. Dubin  
464 New York Ave.#100  
Huntington, NY 11743

Court Date:  
Your File No:  
Our Rec. No: 291847

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

Richard Dombakly LIC#849965, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen and resides in the State of New York.

That on 04/29/08 at 12:59PM at:

    34 15TH STREET  
    BROOKLYN, NY 11215

deponent served the within SUMMONS, COMP, JUDGE'S INDIVIDUAL RULES AND INSTRUCTIONS*** on FLASH MANAGEMENT, LLC recipient therein named.

By delivering to and leaving with PAULA REAN  
at 34 15TH ST., BROOKLYN, NY  
and that he knew the person so served to be the MANAGING AGENT  
of the corporation.

A description of the recipient or other person served on behalf of the recipient is as follows:

Approximate Age: 30    Approximate Weight: 125    Approximate Height: 5'6  
Color of Skin: WHITE    Color of Hair: BLONDE    Sex: FEMALE  
****PROCEDURES & GUIDELINES FOR FILING AN ELECTRONIC CASE*****

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this date 05/01/08  
Bruce J Smilowitz #01SM4965926  
Notary Public, State of New York  
Nassau County, Commission Expires 04/30/2010

Richard Dombakly LIC#849965