UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
Fred Alston, as Trustee of the LOCAL 272
LABOR- MANAGEMENT PENSION FUND;
Fred Alston, as Trustee of the LOCAL 272
WELFARE FUND,

                                                   Plaintiff,

-against-

Case No.: 08 CV 3503 (LAP)(MHD)

**STIPULATION**

FLASH MANAGEMENT, LLC,

                                                   Defendant.
----------------------------------------x

ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/08

     IT IS HEREBY STIPULATED AND AGREED by and between the attorney for the Plaintiff and the attorneys for Defendant that the time for defendant, FLASH MANAGEMENT, LLC to serve and file its answer to the civil summons and complaint dated April 10, 2008 is extended through and including June 15, 2008.

Dated: New York, New York
         May 13, 2008

JEFFREY S. DUBIN, ESQ.
Attorney for Plaintiff
464 New York Avenue, Suite 100
Huntington, New York 11743
(631) 351-0300

_____
Jeffrey S. Dubin, Esq. (JD-0446)

CYRULI SHANKS HART & ZIZMOR LLP
Attorneys for Defendant – Flash Management, LLC
420 Lexington Avenue, Suite 2320
New York, New York 10170
(212) 661-6800

By: _____
    Russell J. Shanks, Esq.

SO ORDERED: 5/14/08

_____
~~Loretta A. Preska U.S.D.J.~~
Michael H. Dolinger, USMJ

# CYRULI SHANKS HART & ZIZMOR LLP

ATTORNEYS AT LAW

## FACSIMILE TRANSMISSION

**To:** Honorable Michael H. Dolinger, USMJ     **Fax No.:** 212-805-7928

**cc:** Jeffrey S. Dubin, Esq.     631-351-1900

**From:** Jeffrey Ruderman, Esq.     **Date:** May 14, 2008
                                                 **Time:**

**Subject:** Fred Alston as Trustee, et. al v. Flash Management, LLC.,
<u>Case No. 08-CV-3503(LAP)(MHD)</u>

**Number of Pages** (including this page): 3

**Message:**

THIS FACSIMILE TRANSMISSION CONTAINS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED INFORMATION FROM THE LAW FIRM OF CYRULI SHANKS & ZIZMOR LLP INTENDED FOR USE BY, AND PUBLICATION TO, ONLY THOSE INDIVIDUALS OR ENTITIES DESIGNATED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS DOCUMENT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU ARE STRICTLY PROHIBITED FROM COPYING, DISTRIBUTING, DISSEMINATING, OR UNDERTAKING ANY ACT BASED UPON, THE CONTENTS OF THIS DOCUMENT. IF YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT THE NUMBER BELOW SO THAT WE MAY ARRANGE TO RETRIEVE THIS FACSIMILE TRANSMISSION AT NO COST TO YOU. THANK YOU.

420 LEXINGTON AVENUE, NEW YORK, NEW YORK 10170
TEL: (212) 661-6800 • FAX: (212) 661-5350
HACKENSACK, NJ