ORIGINAL
COUNTY OF

INDEX NO: 08CV3503
FILED ON:

UNITED STATES DISTRICT COURT

DISTRICT: Southern/New York

Fred Alston, as Trustee of the Local 272 Labor-Management Pension Fund; et. ano.

vs

Plaintiff(s)

Flash Management, LLC

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

Stephen L. Collen, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on May 16, 2008, at 1:30pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons in a Civil Action, Complaint, Judge's Individual Rules and Instructions, Procedures and Guildelines for Fliing an Electronic Case, on Flash Management, LLC

Defendant in this action, by delivering to and leaving with Carol Vogt, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, one (1) true copy thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 304 Limited Liability Company Law.

x   Service was completed by mailng notice of such service and one (1) true copy thereof by      x Registered or
☐   1st Class Mail and Certified Mail, # RE314 664873, Return Receipt Requested on May 19, 2008
to said defendant at: 34 15th St., Brooklyn, NY 11215

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.
Description of the person served: Approx. Age: 47 years   Approx. weight: 110 lbs.   Approx. Ht.: 5' 1"
Sex: Female   Color of skin: White   Color of hair: Brown   Other:

Sworn to before me on   May 19, 2008

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

Stephen L. Collen

Invoice•Work Order # 0803607