UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRED ALSTON, as a Trustee of the Local 272      Civil Action No. 08 CV 3503
LABOR-MANAGEMENT PENSION FUND;                  (LAP) (MHD)
FRED ALSTON, as a Trustee of the Local 272
WELFARE FUND,
                    Plaintiff,

      -against-

FLASH MANAGEMENT, LLC,

                    Defendants.
------------------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate for possible disqualification or recusal, the undersigned counsel for FLASH 99 MANAGEMENT LLC s/h/a FLASH MANAGEMENT, LLC hereby certifies that FLASH 99 MANAGEMENT LLC s/h/a FLASH MANAGEMENT, LLC is a closed held limited liability company organized under the laws of the State of New York. There are no publicly held corporate parents, subsidiaries or affiliates of FLASH 99 MANAGEMENT LLC s/h/a FLASH MANAGEMENT, LLC.

Dated: New York, New York
       June 4, 2008

                                    CYRULI SHANKS HART & ZIZMOR LLP

                                    By: ____/s/_____
                                    Russell J. Shanks, Esq.
                                    Attorneys for Defendant
                                    FLASH 99 MANAGEMENT LLC s/h/a
                                    FLASH MANAGEMENT, LL C
                                    420 Lexington Avenue-Ste 2320
                                    New York, New York 10170
                                    (212) 661-6800