```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
FRED ALSTON et al.,                 :
                                    :
                  Plaintiffs,       :
                                    :         ORDER
         -against-                  :
                                    :    08 Civ. 3503 (LAP)(MHD)
FLASH MANAGEMENT, LLC,              :
                                    :
                  Defendant.        :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a pre-trial conference has been scheduled in the above-captioned action on **WEDNESDAY, JULY 30, 2008** at **11:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:   New York, New York
         July 15, 2008

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Jeffrey Stuart Dubin, Esq.
Law Office of Jeffrey S. Dubin
464 New York Avenue
Huntington, NY 11743

Alfonso DeCicco, Esq.
Cyruli Shanks Hart & Zizmor, LLP
420 Lexington Avenue; Suite 2320
New York, NY 10170