```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
FRED ALSTON et al.,                 :
                                    :
                Plaintiffs,         :
                                    :           ORDER
        -against-                   :
                                    :   08 Civ. 3503 (LAP)(MHD)
FLASH MANAGEMENT, LLC,              :
                                    :
                Defendant.          :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

A pre-trial conference having been held in the above captioned action on July 30, 2008, it is hereby **ORDERED**:

1. Defendant is to turn over to plaintiff a list of all locations Flash Management 99 LLC or Flash Management LLC has some responsibility for, along with any indicators it has of which locations are unionized by August 6, 2008.

2. Plaintiff is to provide defendant with a list of which locations it has collective bargaining agreements with by August 13, 3008.

3. In the event of a dispute between the parties as to whether or not a particular location is unionized, plaintiff is to turn over to defendant the collective bargaining agreement for that location.

4. A pre-trial conference has been scheduled in the above-captioned action on **WEDNESDAY, AUGUST 20, 2008** at **9:30 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        July 30, 2008

SO ORDERED.


_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Jeffrey Stuart Dubin, Esq.
Law Office of Jeffrey S. Dubin
464 New York Avenue
Huntington, NY 11743

Russell Shanks, Esq.
Alfonso DeCicco, Esq.
Cyruli Shanks Hart & Zizmor, LLP
420 Lexington Avenue; Suite 2320
New York, NY 10170