LAW OFFICE OF

**JEFFREY S. DUBIN**

464 NEW YORK AVENUE
SUITE 100
HUNTINGTON, NY 11743

TELEPHONE
(631) 351-0300

TELECOPIER
(631) 351-1900

INTERNET:
dubinjs@cs.com

July 9, 2008

**Magistrate Judge Michael H. Dolinger**
**United States Courthouse**
**500 Pearl Street**
**New York, New York 10007**

By FAX Only
212.805.7928

Re:   *Fred Alston, as a Trustee of the Local 272 Labor-Management Pension Fund; Fred Alston, as a Trustee of the Local 272 Welfare Fund v. Flash Management, LLC*
Civil Action No. 08 Civ. 3503 (LAP) (MHD)
Request For More Time

Dear Judge Dolinger:

I am the attorney for the plaintiffs ERISA Trustees. At the initial pretrial conference of July 30, 2008, you directed the defendant Employer to provide me with a list of locations by August 6, 2008, which it has done. Plaintiffs were directed to provide the Employer with a list of locations with which Local 272 has collective bargaining agreements on or before August 13, 2008.

The union business agent with the most direct knowledge is on vacation until August 11, 2008. I request an extension until August 15, 2008, to provide the information. Counsel for the Employer consents to this request.

Very truly yours,

/s/ Jeffrey S. Dubin

cc:   Russell Shanks, Esq. (By FAX Only 212.661.5350)

ENDORSED
ORDER

Application granted.

[signature] MHD
8/8/08